UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BLANCA LOPEZ HERNANDEZ,

                        Plaintiff,

        -against-

COMMERCIAL BUILDING MAINTENANCE
CORP., and OSCAR VASQUEZ, individually, and
JAVIER RAMIREZ, individually,

                        Defendants.
-----------------------------------------------------------------X

Docket No. 16-cv-03119-JMA-AKT

STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT OT F.R.C.P.
41(a)(1)(A)(ii)

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 05 2017 ★

LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties that the above-captioned action is voluntarily dismissed, with prejudice, against the above-listed defendants, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:    January 4, 2017


McBreen & Kopko
_____
Richard A. Auerbach
Attorneys for Plaintiff
500 North Broadway, Suite 129
Jericho, New York 11753
(516) 364-1095
rauerbach@mklawnyc.com

Naness, Chaiet & Naness, LLC
_____
Clifford P. Chaiet, Esq.
Attorneys for Defendants
375 North Broadway, Suite 202
Jericho, New York 11753
(516) 827-4300
c.chaiet@verizon.net

Case Closed.
So Ordered. 1/5/17
/s/ Joan H. Azrack
USDJ